QUEENSBORO FARM PRODUCTS, INC., Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 25529.)

Submitted January 13, 1942; decided March 5, 1942.

*Jacob J. Schwartzwald* and *Nathan A. Goldenthal* for appellant.

*John J. Bennett, Jr., Attorney-General (Jacob S. Honigsbaum* and *James H. Glavin, Jr.,* of counsel), for respondent.

Judgment affirmed, with costs, no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.